**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                       PLAINTIFF

v.                                                 No. 4:07CR00309 JLH

CATHY JANE REED                                                                               DEFENDANT

## ORDER

Cathy Jane Reed has filed a motion for change of venue pursuant to Rule 18 of the Federal Rules of Criminal Procedure. Rule 18 says:

> Unless a statute or these rules permit otherwise, the government must prosecute an offense in a district where the offense was committed. The court must set the place of trial within the district with due regard for the convenience of the defendant, any victim, and the witnesses, and the prompt administration of justice.

Here, the offense occurred in the Eastern District of Arkansas, so the government has prosecuted the offense in the proper district.

Reed's argument is not that the district is improper but that the case should be tried in another division of the district. Specifically, she argues that the case should be tried in the Jonesboro Division of this district rather than the Western Division of this district. Reed says in her motion that she lives in Sharp County, Arkansas. She says that the government has estimated the trial of this case to be at least five days in length. She says that if she is required to defend herself at trial in Little Rock the length of the trial will cause her extreme hardship and inconvenience. She also says that she lives within one hour of Jonesboro, Arkansas, which would be more convenient not only for her but also for most of the witnesses.

The government has responded by pointing out that this case has been pending now for two years and has been set for trial on three previous occasions. On each occasion, the case was

continued on Reed's motion. The case is now scheduled for trial beginning on October 14, 2009. Reed has waited two years, until the eve of trial, to move for a change of venue. She does not say in her motion that any of her circumstances have changed during those two years.

Had the motion for change of venue been filed earlier, the Court might have been inclined to grant it. It is not reasonable, however, to expect the Court to change the venue of a jury trial on a week's notice. The plan is already in place to have jurors present in Little Rock. In contrast, notices have not been sent to prospective jurors in the Jonesboro Division that they should appear for voir dire on October 14, 2009. Likewise, the government says, and the Court believes, that arrangements have been made for witnesses to attend trial in Little Rock, and some of those witnesses will be coming from out of state. It is too late to be requesting a change of venue for a jury trial that is expected to last several days. It takes more than a week's notice to make arrangements for jurors, court personnel, prosecutors, and witnesses to appear for trial.

For the reasons stated, the motion for change of venue is DENIED. Document #30.

IT IS SO ORDERED this 6th day of October, 2009.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE